**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
FAWN F. BEKAM, State Bar No. 307312
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251

Attorneys for Plaintiff Stephen V. Weaver, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN V. WEAVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMENTUM SERVICES, INC.; AECOM.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:22-cv-108-AJB-NLS<br><br>**NOTICE OF MOTION AND MOTION TO REMAND ACTION TO STATE COURT**<br><br>Date:       May 5, 2022<br>Time:      2:00 p.m.<br>Courtroom: 4A |

-1-
**MOTION TO REMAND ACTION TO STATE COURT**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN THAT ON May 5, 2022 at 2:00 p.m. or as soon thereafter as counsel may be heard by the Honorable Anthony J. Battaglia in Courtroom 4A of the above-entitled Court, Plaintiff Stephen V. Weaver ("Plaintiff") will and hereby does move the Court for an Order remanding the above-entitled action to the Superior Court for the State of California, County of San Diego, where the underlying action was initiated.

This Motion is being made pursuant to 28 U.S.C. §1447(c), on the ground that Defendant Amentum Services, Inc. has failed to demonstrate that the amount in controversy exceeds $5 million to afford federal jurisdiction under the Class Action Fairness Act.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Court's files and records herein, and upon such further papers and argument as may be presented to the Court prior to and at the hearing.

Dated: February 8, 2022         **AEGIS LAW FIRM, PC**

By /s/ Fawn F. Bekam
Fawn F. Bekam
Attorneys for Plaintiff Stephen V. Weaver

-2-
**MOTION TO REMAND ACTION TO STATE COURT**